# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

**JS-6**

| | | | |
|---|---|---|---|
| Case No. | 8:25-cv-01437-FWS-JDE | Date | October 24, 2025 |
| Title | Vilma Noemi Coreas Ascencio v. Director, U.S. Citizenship and Immigration Services | | |

**Present: The Honorable   FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

| Rolls Royce Paschal | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:   (IN CHAMBERS) ORDER DISMISSING DEFENDANT U.S. CITIZENSHIP AND IMMIGRATION SERVICES FOR LACK OF PROSECUTION AND FOR FAILURE TO COMPLY WITH THE COURT'S ORDER TO SHOW CAUSE**

This action was filed on July 2, 2025.  (Dkt. 1.)  On October 1, 2025, the court issued a minute order which ordered "Plaintiff to show cause in writing, no later than **October 10, 2025**, why this action should not be dismissed for lack of prosecution."  (Dkt. 8 ("Order to Show Cause") at 1.)  The court further stated that "[f]ailure to file a timely and appropriate response to this [Order to Show Cause] may result in dismissal without further notice or order from the court."  (*Id.*)  Plaintiff Vilma Noemi Coreas Ascencio failed to respond to the Order to Show Cause.  (*See generally* Dkt.)  Therefore, the court **ORDERS** that Defendant U.S. Citizenship and Immigration Services is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution and for failure to comply with the Order to Show Cause.  The court's Order to Show Cause is hereby **DISCHARGED.**

Initials of Deputy Clerk   rrp